UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Troy Lynne Morrison, et al.

              Plaintiff(s),

v.

Wells Fargo Bank, N.A., et al

              Defendant(s).

Case No: 12-02916   YGR

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE AND ORDER (CIVIL LOCAL RULE 11-3)

I, John V. Nguyen, an active member in good standing of the bar of Louisiana, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Troy Lynne Morrison, et al in the above-entitled action. My local co-counsel in this case is Roland Tellis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 201 St. Charles Avenue, Suite 3300<br>New Orleans, LA 70170 | 15910 Ventura Boulevard, Suite 1600<br>Encino, CA 91436 |
| MY TELEPHONE # OF RECORD:<br>(504) 581-3300 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(818) 839-2333 |
| MY EMAIL ADDRESS OF RECORD:<br>jnguyen@kingsmillriess.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>rtellis@baronbudd.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 30651.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/17/13

                                       John V. Nguyen
                                       APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of John V. Nguyen is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 18, 2013

                                      UNITED STATES DISTRICT/M~~AGISTRATE~~ JUDGE
                                       YVONNE GONZALEZ ROGERS

PRO HAC VICE APPLICATION & ORDER